**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Texas

Case number (*If known*): _____  Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bluestar Commercial Fundings, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 64-0949838 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1907 Sagebrush Trail | |
| Number   Street | Number   Street |
| | P.O. Box |
| Richardson   TX   75080 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dallas County | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  Bluestar Commercial Fundings, LLC  Case number (*if known*)_____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

99999

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When ___/___/____  Case number _____
                                 MM / DD / YYYY
        District _____  When ___/___/____  Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor  Involuntary                Relationship _____
        District  Eastern District of Texas   When  02/04/2019
                                                    MM / DD / YYYY
        Case number, if known  19-40317

Debtor    Bluestar Commercial Fundings, LLC        Case number (*if known*)_____
        Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                             Number      Street

                             _____

                             _____
                             City                              State      ZIP Code

     **Is the property insured?**

     ☐ No
     ☐ Yes. Insurance agency _____

               Contact name _____

                       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  Bluestar Commercial Fundings, LLC  Case number (*if known*)_____
         Name

**16. Estimated liabilities**

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/03/2019
             MM / DD / YYYY

X /s/ Moin Hoque                                   Moin Hoque
Signature of authorized representative of debtor    Printed name

Title  Member

**18. Signature of attorney**

X /s/ Robert Newark                   Date  12/03/2019
Signature of attorney for debtor             MM / DD / YYYY

Robert Newark
Printed name

A Newark Firm
Firm name

1341 W. Mockingbird Lane 600W
Number     Street

Dallas                                 TX       75247
City                                   State    ZIP Code

866-230-7236                           office@newarkfirm.com
Contact phone                          Email address

24040097                               TX
Bar number                             State

Debtor  Bluestar Commercial Fundings, LLC                          Case number (*if known*)
      First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | | |
|---|---|---|---|
| **Involuntary** | **Northern District of Texas** | 05/06/2019 | **19-31602-hdh11 Involuntary** |

Bluestone/Stewart McCray
11827 Brookhill Ln
Dallas, TX 75230


Charlie Preston


City of Dallas
PO Box 139066
Dallas, TX 75313


City of Fort Worth
PO Box 96108
Fort Worth, TX 76161


Conrad Properties
4221 Preston Rd
Frisco, TX 75034


DC College DIstrict
PO Box 139066
Dallas, TX 75313


Dallas County
PO Box 139066
Dallas, TX 75313


Dallas ISD
PO Box 139066
Dallas, TX 75313


Danny Hill


Denton County
PO Box 90223
Denton, TX 76202


Denton County ESD 1
PO Box 90223
Denton, TX 76202


Denton ISD
PO Box 90223
Denton, TX 76202


First Funding Investments, Inc.
2205 Martin Drive
Ste 200
Bedford, TX 76021

Fort Worth ISD
PO Box 96108
Fort Worth, TX 76161


Global Integrity
321 N. Central Expressway
Ste 360
McKinney, TX 75071


Parkland Hospital
PO Box 139066
Dallas, TX 75313


Robert Jones
435 Tall Oaks Ln
Richardson, TX 75081


Roland Gamez
908 W. Spinner Rd
Desoto, TX 75115


Tarrant County
PO Box 96108
Fort Worth, TX 76161


Tarrant County College
PO Box 96108
Fort Worth, TX 76161


Tarrant County Hospital
PO Box 96108
Fort Worth, TX 76161


Tarrant Regional Water District
PO Box 96108
Fort Worth, TX 76161


Terry Braudrick
4403 Briargrove Ln
Dallas, TX 75287


Town of Bartonville
PO Box 90223
Denton, TX 76202


UMB Bank


Wildcat Lending
17300 Dallas Parkway
Ste 1035
Dallas, TX 75248

Zeuslending.com, Inc.
5177 Richmond Ave, Suite 640
Houston, TX 77056

United States Bankruptcy Court
Northern District of Texas

In re: Bluestar Commercial Fundings, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/03/2019

/s/ Moin Hoque
Signature of Individual signing on behalf of debtor

Member
Position or relationship to debtor